IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NUMBER: 4:21mj31 |
| | ) |
| vs. | ) |
| | ) |
| **HART WILLIAM GROW** | ) |
| | ) |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT

COMES NOW the United States of America, by and through its undersigned counsel, and moves this Honorable Court to file the Complaint, Affidavit, and Arrest Warrant in the above referenced case under seal. The Government believes it is necessary to seal these documents in order to avoid disruption of the Government's investigation.

WE SO MOVE.

RESPECTFULLY SUBMITTED:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

BY:    s/ Derek A. Shoemake
       Derek A. Shoemake (#10825)
       Assistant U.S. Attorney
       401 W. Evans Street, Suite 222
       Florence, South Carolina 29501
       Email: Derek.Shoemake@usdoj.gov
       Phone: (843) 665- 6688
       Fax: (843) 678-8809

Florence, SC

March 15, 2021