AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Hart William Grow<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 4:21 mj 31 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2020 - September 2020__ in the county of __Horry__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement |
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference.

☑ Continued on the attached sheet.

*Yvette A. Thomas*
*Complainant's signature*

Yvette A. Thomas, Special Agent
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __March 15, 2021  11:35 AM__

*Judge's signature*

City and state: __Florence, South Carolina__    Hon. Thomas E. Rogers III U.S. Magistrate Judge
*Printed name and title*