## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT (SWORN REMOTELY)

I, Yvette A. Thomas, a Special Agent with the U.S. Department of Homeland Security Investigations, Homeland Security Investigations (HSI) Charleston, Assistant Special Agent in Charge Office (ASAC) being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent ("SA") of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2009, and am currently assigned to the Assistant Special Agent in Charge (ASAC) in Charleston, South Carolina.  While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have gained experience through training at the Federal Law Enforcement Training Center (FLETC) and everyday work relating to conducting these types of investigations.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.  I am a federal law enforcement officer authorized by the Secretary of Homeland Security to request the issuance of search warrants.  I was previously assigned to the RAC Wilmington, Delaware, office for approximately ten (10) years and currently assigned to the ASAC Charleston, South Carolina office.  I was previously employed as a United States Postal Inspector with the United States Postal Inspection Service (USPIS) for seven (7) years, where my responsibilities included conducting investigations into various types of federal crimes, including crimes involving child pornography.  I have received training from HSI and USPIS, regarding child pornography, the sexual abuse of children, the behavior of preferential child molesters and how to conduct investigations of child sexual exploitation and obscenity crimes.  In the course of my investigative duties, I have also had contact, in the form of interviews and meetings, with preferential child

pornographers and those involved in the distribution, sale, production, and possession of child pornography. And I have assisted in the execution of numerous search warrants relating to investigations of child pornography crimes. Since then, I have assisted federal and state partners during their child exploitation investigations. As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced including the use of various social media websites (Facebook, Twitter, Kik, SnapChat, Discord, etc.), "Cloud" based storage, and Peer-to-Peer Networks. Often times, individuals involved in child exploitation will "collect" or store images and/or videos in offsite locations such as "Cloud" based storage to avoid detection by law enforcement such as "Mega" and others or have it stored on various media devices that are kept at their residence. I have also become familiar with jargon or slang terms that people involved in child exploitation will use to discuss their activities. Additionally, I have become familiar with how child pornography is sold, traded, and distributed on the "Dark Net," often being purchased with digital currency such as Bitcoin, Ripple, and others. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2422 and 2251, and I am authorized by law to request a search warrant.

2.      As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3.      This Affidavit is submitted in support of a criminal complaint charging Hart William GROW, DOB: 9/5/1995, of 14360 W. Pershing Street, Surprise, Arizona 85379, with violating of 18 U.S.C. § 2422(b) (Coercion and Enticement), and 18 U.S.C. § 2251(a) (Sexual Exploitation of Children), (the "SPECIFIED FEDERAL OFFENSES").

4.      The facts of this case, as more fully detailed herein, are that between February 2020 and through at least September 2020, GROW became involved in a "domme/submissive" online relationship with a minor child residing in the Myrtle Beach, South Carolina area. GROW, a grown

male, purported to be a seventeen (17) year-old-female who identified himself to the victim as "Hannah" on social media chat application "wattpad". Shortly after meeting on "wattpad", the conversations were switched over to SnapChat in February of 2020 (where "Hannah" used the SnapChat username "hgliese"). Per the direction of "Hannah", who was aware that the child was a minor, the minor child was directed to engage in sexual encounters with adults, both male and female, who were vetted and arranged by "Hannah". These encounters involved sexual intercourse, physical mutilation of the victim's genitalia, and physical and verbal abuse. The encounters were video recorded and sent back to "Hannah" as proof of the encounters. On one of those occasions, the victim met an adult male for a sexual encounter that had been arranged by "Hannah." That subject, "Tripp", became involved in the arrangement of several of these sexual encounters for the minor in conjunction with "Hannah". The minor child was picked up by "Tripp", who was identified as Theodore BYE, and taken to various locations for sexual encounters with both adult males and females which he video recorded and sent back to "Hannah" for verification purposes and proof of punishment of the minor child. BYE was also aware that the minor child was under eighteen years of age and has since been arrested in the District of South Carolina on federal charges related to this investigation. Through the course of the investigation, "Hannah" was identified as GROW via IP addresses from the SnapChat user – "hgliese". GROW consistently accessed SnapChat account – "hgliese" via the internet from an electronic device at his home address of 14360 W. Pershing Street, Surprise, Arizona 85379.

5.     The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. I have not set forth every fact relating to this investigation; rather, I have included only that information necessary to establish probable cause to charge Hart William GROW with violating the SPECIFIED FEDERAL OFFENSES.

## THE SPECIFIED FEDERAL OFFENSES

6.      18 U.S.C. § 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, which includes the production of child pornography. 18 U.S.C. § 2422(b) also prohibits attempts to engage in such conduct.

7.      18 U.S.C. §§ 2251(a) prohibits a person from using, persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if that person knew and had reason to know that such visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or that the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

8.      The following definitions apply to this Affidavit:

    a.  **Chat**: "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real-time from sender to receiver. Chat messages are generally short in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and e-mail.

a. **Child Pornography**: "Child Pornography," as used herein, is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

b. **Computer**: "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, and mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

c. **Internet**: The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

d. **Internet Connection**: The term "Internet connection" means a connection required for access to the Internet. The connection would generally be provided by cable, Digital Subscriber Line ("DSL"), wireless devices, or satellite systems.

e.  **Internet Protocol Address or IP Address**: "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the Internet Service Provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

f.  **Internet Service Providers**: The terms "Internet Service Providers" or "ISPs" as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment.

g.  **Minor**: The term "minor" as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

h.  **Sexually Explicit Conduct**: The phrase "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons.

i.  **Storage Medium**: The term "storage medium" refers to any physical object upon which computer data can be recorded. Examples include hard disks,

RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

j.  **Visual Depictions**: "Visual depictions" as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

k.  **Website**: "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Markup Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

l.  **Wireless Network**: The term "wireless network" means a system of wireless communications in which signals are sent and received via electromagnetic waves such as radio waves. Each person wanting to connect to a wireless network needs a computer which has a wireless network card that operates on the same frequency. Many wired networks base the security of the network on physical access control, trusting all the users on the local network. But, if wireless access points are connected to the network, anyone in proximity to the network can connect to it. A wireless access point is equipment that connects to the modem and broadcasts a signal. It is possible for an unknown user who has a computer with a wireless access card to access an unencrypted wireless network. Once connected to that network, the user can access any

resources available on that network to include other computers or shared Internet connections.

## DETAILS OF INVESTIGATION

6.      On or about September 3, 2020, the Horry County Sheriff's Office (HCSO) and the South Carolina Law Enforcement Department (SLED) received information that a MINOR CHILD living in the Myrtle Beach, South Carolina area was reported as being involved in human trafficking and production of child pornography which was being orchestrated by an adult female by the name of "Hannah" and an adult male by the name of "Tripp". Per the direction of "Hannah", the MINOR CHILD was directed to engage in sexual encounters with random adult males that were recruited and vetted by "Hannah". The sexual encounters between the MINOR CHILD and the various male subjects were video recorded and sent back to "Hannah" for her pleasure and a form of punishment of the MINOR CHILD by "Hannah". Virtually all communication between "Hannah" and the MINOR CHILD occurred on the text application, SnapChat.

### *Victim Interviews*

7.      On or about September 11, 2020 and January 12, 2021, the minor child (hereinafter "victim") was interviewed at the Children's Advocacy Center (CAC) in Horry County and Dorchester County, South Carolina, by a forensic interviewer on both occasions. The victim disclosed that in February of 2020, she became involved in a "domme/submissive" relationship with a person who identified themselves to the victim as "Hannah" on a social media chat application – "wattpad".

8.      Soon thereafter, the victim and "Hannah" began chatting via SnapChat. "Hannah's" SnapChat username – "hgliese". Hannah was aware, and the victim specifically disclosed, that the victim was under eighteen (18) years of age. Per the direction of "Hannah", the minor child was

directed to engage in sexual encounters with adults, both male and female, who were vetted and arranged by "Hannah". These encounters involved sexual intercourse, physical mutilation of the victim's genitalia, and physical and verbal abuse at the direction of "Hannah".

9.     According to the victim, the first encounter occurred with a male school teacher who has not yet been identified. The encounters were video recorded and sent back to "Hannah" as proof of the encounters.

10.     In April of 2020, on one of those occasions, the victim met an adult male for a sexual encounter that had been arranged by "Hannah." That subject, "Tripp", became involved in the arrangement of several sexual encounters for the minor in conjunction with "Hannah". The minor child was picked up by "Tripp", who was identified as Theodore BYE, and taken to various locations for sexual encounters with both adult males and females. BYE was aware, and the victim specifically disclosed to him during their time together, that the victim was under eighteen (18) years of age. BYE video recorded these encounters on a mobile computer (smart phone) and sent them back to "Hannah" for verification purposes and proof of punishment of the minor child. The following are sexual encounters that were arranged by "Tripp" and "Hannah":

a.     The victim was able to provide details of an incident at a hotel in Socastee, South Carolina, with an "Egyptian" male and "Tripp" to include oral, anal, and vaginal intercourse as well as bondage.  "Tripp" met the male subject through the "FetLife" website. FetLife is a social networking website that serves people interested in, among other things, bondage, discipline, dominance and submission, and sadomasochism.

b.     The victim described another incident at a hotel with a female "stripper" who performed oral sex on her.  The female stripper watched "Tripp" have vaginal intercourse with the victim.

c.  The victim provided details regarding an incident with a white male with multiple tattoos, which included oral and vaginal intercourse with the male and "Tripp". She provided details regarding his residence where the incident occurred.

11.  Photographs and videos were sent back to "Hannah" regarding all the above incidents. The victim further stated that "Tripp" provided her "Plan B" after all the encounters to prevent her from getting pregnant.

### *Additional Evidence of Criminal Conduct*

### *Video of BYE, the victim, and a Hispanic Male*

12.  On or about September 16, 2020, a state search warrant was executed at the residence of Theodore BYE. Several electronic devices were seized. One of those devices was a Samsung Galaxy 5 – Serial Number SMN920V2KA, IMEI 990007020934821.

13.  On or about September 17, 2020, Special Agent Yvette Thomas conducted a review of the forensic results of BYE's Samsung Galaxy 5, Serial Number SMN920V2KA, IMEI 990007020934821. The following image and video were found on BYE's device:

a.  **Image File Name: Screenshot_20200531-165612.png** – Image depicts a photograph of a Hispanic male with wavy hair, wearing a black face mask with a white cat. The Hispanic male subject is flipping both middle fingers off to the camera. The subject appears to have a full beard and he is wearing a gray short sleeved t-shirt. The image was taken in a kitchen. This image was created on 5/31/2020 4:56:12 PM.

b.  **Video File Name: 99cf3c36-974c-43cd-981f-af5e6252196d** – Video depicts the victim performing oral sex on BYE who is identified by his lip tattoo. An unknown Hispanic male subject with medium length wavy black hair is engaged in sexual intercourse with the victim. This incident occurred

in an unknown hotel room.  There are two beds visible in the room as well as an air conditioner unit under a window.  The room has pea green bedspreads on both beds.   The victim is heard saying, "I'm sorry".  The unknown male is asking the victim, "Do you like this fucking cock?"  BYE is heard saying, "It doesn't matter what she likes, she's a worthless slut".  BYE is then heard in the video saying, "and that's what spit roasting is, right?"  The victim states, "right".  This video was created on 2020:06:04 1:26:08 PM. (*Agent note: According to a Google search, "spit roasting" is the sexual practice whereby two men service a single sexual partner at the same time.*)

14.     The GPS coordinates on the video were latitude 33.6199, longitude -78.9719.  The GPS coordinates come back to the area of the Comfort Inn, Camellia Drive, Surfside Beach, South Carolina 29587.

15.     The following conversation was found on the device between a telephone number later identified as being associated with the Hispanic male, and a person identified as "Me" with telephone number 704-641-9463. The investigation, including results obtained through a search warrant, show that the telephone number 704-641-9463 is associated with Theodore Woolings BYE III.

**June 2, 2020 7:26:39 PM to June 2, 2020 11:15:57 PM**

**ME**:   Hey are you free tomorrow morning 8 am to 12 pm

**ME**:   Its Tripp

**Hispanic Male**:  Who is this?

**Hispanic Male**:  Oh yeah I can be if I need to be

**ME**:    Okay I got to make sure I can get off of work for a little while but she's free 8 a.m. to 12 so I'll check back with you around 5 today when I get off and figure out if I can be off tomorrow for the morning

**Hispanic Male**:  Ok just let me know

**ME**:    We should be good for tomorrow morning

**Hispanic Male**:  Ugh huh is her dom going to be there?

**ME**:    No just me you and her

**Hispanic Male**:  Where would it be happening

**ME**:    I will go pick her up and we can either come to your spot or we can get a hotel room.   I would say my place but I have two big dogs and my place is trashed right now but I can clean later tonight

**Hispanic Male**:  Let's get a room I'm down for that surfside work

**ME**:    She is in Carolina forest Iam (sic) off 44th in myrtle beach so I think surgside (sic) can work but I let you know when I get off work.

**ME**:    If you have a hotel room in mind let me know

**Hispanic Male**:  Yeah I can cover the whole room if you guys want to use the one I have in mind

**ME**:    Okay which one is that

**Hispanic Male**:  Fuck I never hit send lol holiday inn surfside

**ME**:    No worries yeah as long as we can get in there at 8 am so there is no delay

**ME**:    I am down. She is down so yea do you work there or something?

**June 3, 2020 12:40:45 AM to 11:26:12 PM**

**Hispanic Male**:  Nah it's near where I live lol

**ME**:    Okay so as far as I know we are all good for tomorrow morning.  I will go pick her up at 8 am and head to surfside.  I will give you a text in the morning when I wake and when I pick her up.  Just let me know you got the room and we are good to hear (sic) your way

**Hispanic Male**: Okie dokie that sounds great do I need protection

**ME**:    Yes you need have condoms

**Hispanic Male**: Ok that's cool with me

**Hispanic Male**: What are hard limits?

**ME**:    What was that other video of a girl with her self that you sent me

**Hispanic Male**: That's some girl coming into town next week

**ME:**    She likes rough but not hard core and No hard impact play.  This will be pretty basic we're going to split roast her we're going to double penetration.  We might spank her.  You can say humiliating things to her.  Her safe works is wicked.

**Hispanic Male**: Okie dokie sounds good to me

**ME**:    And Ill be there to make sure nothing that she doesn't like happens and I will let you know if you are stating to go too far.  I'll do a check in with her make sure she's okay and then after we're done Ill take care of the aftercare

**ME**:    If you have any ideas shoot them too me and I will run them by her dom

**ME**:    Oh and we might duck tape her up and force fuck her

**Hispanic Male**: I mean you made of pretty clear does she give oral?

**ME**:    Fuck yes

**Hispanic Male**: I'm down for that also

**ME**:    Spilt roast

**ME**:    Where she sucks one dude off in the other guy f**** her from behind

**Hispanic Male**: Oh ok and dp?

**ME**:    Well if you have any ideas let me know might.  Be able to do the

**ME**:    Yes one in the ass and one I her pussy

**ME**:    In

**Hispanic Male**: Okie dokie not dv?

**ME**:    No I have done that before little odd but still fun a song as she is hot but I don't know if she could handle that but I know her dom asked about it one time

**ME**:    As along not a song

**Hispanic Male**: Well that's would be the only question I would have then

**ME**:    You wan to do double virginal

**Hispanic Male**: I'm mean I'm down I've done it before

**Hispanic Male**: Love stretching girls out

**ME**:    Cool I will run it by her dom and we see how everything else goes

**Hispanic Male**: Okie dokie while tying her up and fuck her can we do ass to mouth while degrading her?

**ME**:    Good question and we might tie her up she has to hold camera so that might be later on and I think that's is a yes but is it to be clear ass to mouth for you as in your mouth to her ass or your ass to her mouth?

**Hispanic Male**: No like I put my dick in her ass then in her mouth

**ME**:    As long as you wear a condom I think that'll be just fine might have to change the condom in between but yeah I don't see a problem with that I will ask though and make sure

**Hispanic Male**: Ok sound good to me

**ME**:   Good morning just woke up what is sad that girl baby SnapChat and I'll let you know when I'm heading to pick her up around 7:30

**ME**:   Just sent no what is sad

**Hispanic Male**:  Okay I understand but the beginning is confusing

**Hispanic Male**:  Le me now when you got her and are otw

**ME**:   Yeah sorry text to talk while walking my dogs but hey I have not heard from her yet so as I don't wanna miss work and money for no reason I am going to wait a little bit longer and then go work and I can always leave if she calls me at like 9 or 930 but I am hoping she is just sleeping and will get free around 8 am

**Hispanic Male**:  Ok let me know

**ME**:   I think she does work a third shift job but I will let you know as soon as I know

**Hispanic Male**:  Give me a heads up I'm down af

**ME**:   Will do if she flakes I will be mad as fuck but at first I didn't know if she was real and I was quite pleasantly surprised when I went and picked her up the first time

**Hispanic Male**:  Give me a heads up I hope this happens lol

**ME**:   Me too but in my experience in doing this and setting it up with two three four people or even just one girl especially when it's just like Random Encounters straight sex you got to deal with a little bit of b******* and scheduling but it doesn't happen this time I'll make sure it happened at some point

**Hispanic Male**:  Ok thank you do you 420?

**ME**:   I used to live in California and grow weed for like 4 years but I don't actually smoke anymore or drink or any fun stuff I might take some acid or do some mushrooms or Ayahuasca tea or some hallucinogen like that but it would have to be in like a spiritual setting with the shaman at nature

**Hispanic Male**: I'll trip with you if your down

**ME**:   Okay since 8 a.m. I haven't heard from her I'm going to go knock out some work if I hear from her I'll drop what I'm doing at work and bust out come get her tell you that I'm on my way

**Hispanic Male**: Ok cool cool

**Hispanic Male**: Guess it never happened

**ME**:   No she texted me she fell asleep and didn't wake up too 1115 but are you free tomorrow morning same time 8 am

**Hispanic Male**: Yesh I should be

**ME**:   Okay cool so same plan for tomorrow I give you a text about six 7 a.m. when I wake up and I'll give you a text when I'm heading on my way to pick her up

**Hispanic Male**: Ok let me know this time because I bought a hotel and couldn't get a refund today

**ME**:   As long as you didn't use the hotel room you can tell them that you need to reschedule it and I have to honor that

**ME**:   They have to honor that

**Hispanic Male**: I tried they said no refunds I went in the room

**ME**:   Oh s*** I'm sorry dude I thought you were going to wait to her the room until we were actually like heading to pick her up

**Hispanic Male**: Yeah I just wanted to be ready didn't think she'd flake

**ME**:   Nor did I hope it didn't cost too much

**ME**:   But she slept in and didn't wake up till late and by then she had to get ready for work and I wouldn't have had enough time to pick her take her to the room fuck her and then drop her off without it being a rushed

**June 4, 2020 11:01:49 AM to 10:39:12 PM**

**ME:**     Hey I am awake I sent her a text if she replies I let you know when I am on my way to pick her up

**ME:**     She texted me back I should be on my way to get her in 10 or 15 mins

**Hispanic Male:**  Ok I just work up where should we go

**ME:**     Just make sure you have condoms for yourself so I'm heading to pick her up she's flooding in on the interquartile stool Waterway so I'll have to problem solve that but I think she's just going to walk through

**Hispanic Male:**  Ok just let me know have condoms waiting

**ME:**     On my way now with her

**Hispanic Male:**  How long till you guys get there

**Hispanic Male:**  Quality inn in surfside

**Hispanic Male:**  Getting gas and pulling up

**ME:**     Give me 10 min.

**Hispanic Male:**  Ok

**Hispanic Male:**  Here

**Hispanic Male:**  Black bmw

**ME:**     217

**Hispanic Male:**  That was fun

**ME:**     We had a blast thank you so much looking forward to hanging out again

**Hispanic Male:**  Of course my man

**ME:**     Oh I totally forgot to grab cash from you before you left the hotel room.  Do you have cash app or Wells Fargo

**Hispanic Male:**  I can drop cash off or you can pick it up

**Hispanic Male:** ???

**ME**:   I'm just in Myrtle Beach right now at work so it's not a big deal whenever men Greenback right now but we can meet up later or you can come down to my other job I'll be working

**Hispanic Male:** Just let me know when you get off can you send me some of the videos you guys took

**ME**:   Hanner doesn't let anyone keep videos of baby unfortunately and I even deleted mine. It's some weird rule they have the only ones I have are those stills I sent you in the car.

16.      On or about October 21, 2020, a records check was conducted on telephone number used to communicate with BYE. Using the results of these records, image comparisons, and a records check through the South Carolina Department of Motor Vehicles on or about November 19, 2020, agents have identified the user as a Hispanic male who matches the above images and video found on BYE's device.

17.      On or about January 12, 2021, during the forensic interview of the victim, a screenshot photograph from Video File Name: 99cf3c36-974c-43cd-981f-af5e6252196d, which depicts the unknown Hispanic male subject with medium length wavy black hair engaged in sexual intercourse with the victim was shown to the victim. The victim identified the subject as the "Egyptian" guy she and "Tripp" had sexual intercourse with at a hotel. The victim advised that the male subject told her he lived in Socastee. The subject asked the victim about getting high and if she drank.

18.      On or about January 21, 2021, the following information was obtained from the Quality Inn (formerly the Comfort Inn) at 1201 US Highway 17N, Surfside Beach, South Carolina

29575.  On June 4, 2020 at 9:01 a.m., Tripp BYE of 223 E. Morgan Street, Wadesboro, North Carolina, 28170 checked into room number 217.  BYE paid for the room using a credit card.

19.     During the forensic review of Theodore BYE's Samsung Galaxy 5 – Serial Number SMN920V2KA, IMEI 990007020934821, a photograph image of a North Carolina driver's license for Theodore Woolings Bye with an address of 223 E. Morgan Street, Wadesboro, North Carolina 28170 was found on the device.

*Evidence on Theodore BYE's Samsung Galaxy 5 – Serial Number SMN920V2KA, IMEI 990007020934821 – relating to "Hannah"*

20.     During the review of BYE's Samsung Galaxy 5 – Serial Number SMN920V2KA, IMEI 990007020934821, a keyword search for "hgliese" was conducted in reference to conversations between "Hannah" and BYE.  No conversation artifacts were found on the device, but the following images were found:

a.  **File Image Name:  Screenshot_20200901 – 070110.png** – The screenshot is of a SnapChat conversation between "Hanners" and "mynameistripp" that "Hanners" sent to "mynameistripp":


Conversation from "mynameistripp" dated - August 12 –

And I don't share videos or pictures with other people unless I have the explicit permission of those involved in said pictures and videos and in my experience people hardly ever get them so I have a whole slew of your videos that I've taken of like ex-girlfriends and things like that that some of them don't care if I share them with other people and some of them and I have to respect what people want


Conversation from "mynameistripp" - dated - Today –

Figure out what you want with baby be honest about what you can give her and how. If it's the bare minimum and you just want sex videos and her to obey tell me maybe I can take care of everything else and you get your videos. But either way do better as a domm as person and communicate better even if it's not with me or baby. Work on yourself and if you don't get help from me or baby then find a support system that works for you and can help you.

After sending these screen shots, the following discussion took place between "Hanners" and "mynameistripp", identified as "me"

"hanners" - Delete these you moron

"me" - I did

b. **File Image Name: Sceenshot_20200831-031558.png** – Screenshot is of a SnapChat contact – "hgliese" ("Hanners") – "friends with "Hanners" since August 31, 2020.

c. **File Image Name: c9fec2e6-1e5a-40e3-9294-aabb2b278bee** – Screenshot is of a SnapChat conversation involving "Hanners":

"Hanners" – Only if he's verified as part of a couple

Like a live pic

"me" – They sent some video of her messing with girls and they are both in a group chat but I will pass it along

d. **File Image Name: a996c393-cc38-43d9-a3d7-fca6f815a694** – Screenshot is of a continuation of the above SnapChat conversation involving "Hanners":

"me" – (sends images a female who is nude as well as screenshot of pictures and conversations) -They provided these and asked of you and baby had a picture together to show them

e. **File Image Name:  image_attachmentt2e1d11b9-ad61-ff42-0f19-39522e2bc014** – Screenshot is of a SnapChat conversation with "Hanners".  There are four (4) video files messages waiting to upload to "Hanners".

f. **File Image Name:  image_attachment404adc95-01b5-5953-5538-0a73f772bcf6** – Screenshot is of a SnapChat Group conversation with "Hanners" and (me) "mynameistripp" who was identified as BYE.

"me"  - opened (no message displayed)

"hanners" – XXXXXXXXXXXXXXXXXXXX

"me" - opened (no message displayed)

"me"– opened (no message displayed)

g. **File Image Name:  Part_1590240731368_output.jpg** – Screenshot is of a SnapChat Group conversation with "hanners" and "hi" named – "Choo Choo". There are two (2) images sent from "hanners":  One image is of the victim which she is fully nude.  The image was taken in the victim's bedroom.  The second image is of a female which her genitals are fully exposed, and ejaculation is covering her upper vaginal and lower abdominal area.  A male subject holding his penis, hovering over the female subject.   The image appears to have been taken from inside of a vehicle.  "hi" was identified as the victim's SnapChat account.

h. **File** **Image** **Name: 71317b7dd4f22097c742a83714063803498b99ef3ba38e6281e4319595649d5e** – Screenshot is of a SnapChat conversation with "me" and "hi". There is a banner message notification of the top of the screenshot indicating that "hanners" just sent a message. "Me" was identified as BYE and "hi" was identified as the victim's SnapChat account.

"me" -- Oh poor baby

"hi" – I will kill someone. Hannah was my porn supple… she would send videos of herself fucking guys, given, it was straight sex, but still, she was so hot. Hearing her moans and seeing her body. You know what I like most tho When she and I have those loooong conversations

"me" – What's that

"hi" - Even if its sexual. I don't care. Or the moments that she shows a softer side to herself. There is a lot to her. And I am excited to see more of her. Still a little peeved I never got a video of her masturbating…but honestly, one video of just her doing something she loves is worth 10 of those for me

"me" – Nice

"hi" – Do you know she draws? Really good too! I have every single one she sent saved. Now I'm rambling

"hi" – STOP SAVING THEM (*Agent note: SnapChat has the ability to notify users when another person has taken a screen shot of their message, or saved their image or video.*)

***Evidence on Theodore BYE's Samsung Note 5 – IMEI: 990005884071490 relating to***

***"Hannah"***

21.     On or about September 16, 2020, a state search warrant was executed at the residence of Theodore BYE. Several electronic devices were seized.  One of those devices was a Samsung Note 5 - IMEI: 990005884071490.

22.     On or about September 17, 2020, Special Agent Yvette Thomas conducted a review of the forensic results of Theodore BYE's Samsung Note 5 –- IMEI: 990005884071490.   A keyword search for "hgliese" was conducted in reference to conversations between "Hannah" and BYE. The following artifacts were found on the device:

23.     On August 31, 2020 at 7:06:22 AM - SnapChat user – "hgliese" (Hanners) was added as a contact.   This was found in the SnapChat artifacts.

24.     The following SnapChat conversation was found between "hgliese" and "mynameistripp":

**September 8, 2020 8:02:56 PM**

"mynameistripp" – so far nothing baby is sad.  She is touched deprive her parents pretty much emptied out her entire room of anything that makes her personality.  She doesn't like school and I miss her very much so kind of just sucks all around right now

**September 15, 2020 11:07:22 PM**

"hgliese" – Pay cash for the phone?

**September 15, 2020 11:07:31 PM**

"mynameistripp" – Yes

**September 15, 2020 11:07:56 PM**

"hgliese" – Okay good

***Evidence on HL's iPhone 11 – Serial Number F4HCGNV0N7ZJ (1ˢᵗ cellphone seized)***

***relating to "Hannah"***

25.     On or about September 4, 2020, the victim's iPhone 11 – Serial Number F4HCGNV0N7ZJ – line item 001 was seized.  Consent to search the device was obtained from the victim's mother.  A keyword search for "hgliese" was conducted in reference to conversations between "Hannah" and the victim.  The following artifacts were found on the device:

26.     SnapChat user – "hgliese" was found as a SnapChat contact in the SnapChat artifacts.

27.     SnapChat user – "hgliese" was found as a SnapChat contact in the SnapChat artifacts.  The victim's SnapChat username – "art.gremlin"

28.     SnapChat conversations between "hgliese" and "art.gremlin" were found from August 12, 2020 to September 1, 2020:

**August 12, 2020 10:15:50 PM**

"hgliese" - I understand

**August 13, 2020 6:20:22 PM**

"art.gremlin" – Btw. I want you to know that I'm not so unstable that just breaking up with me will make me cut.  It's stuff you did when we were together.  And I am the only one to blame for that cause you did warn me.  So I wanna say sorry.  As a way of saying sorry I will do everything in my power to avoid self harm.  But I think it may be best we either go our separate ways or email friends

**August 13, 2020 6:20:29 PM**

"art.gremlin" – And I will tell Tripp to back off

**August 13, 2020 6:21:02 PM**

"hgliese" – I like you but I don't know what to do and the feeling of helplessness is becoming deafening

**August 13, 2020 6:22:28 PM**

"art.gremlin" – I think we need to talk about what would be best moving forward, how to meet both our needs at a pace that isn't break neck or overwhelming

**August 13, 2020 6:22:31 PM**

"art.gremlin" – Taking breaks

**August 13, 2020 6:22:49 PM**

"art.gremlin" – Communicating with each other on how we feel

**August 13, 2020 6:22:56 PM**

"art.gremlin" – And just taking things slow

**August 13, 2020 6:23:04 PM**

"art.gremlin" – We rushed

**August 13, 2020 6:23:25 PM**

"art.gremlin" – So I would love to take it at a pace we are both comfortable with so we aren't getting overwhelmed

**August 13, 2020 6:23:43 PM**

"hgliese" – Even after all this you still want me

**August 13, 2020 6:31:56 PM**

"hgliese" – I think Tripp is good for you and I think you need somebody to keep you grounded in person

**August 13, 2020 6:32:02 PM**

"hgliese" – Buy why are you so obsessef

**August 13, 2020 6:32:05 PM**

"hgliese" – Obsessed

**August 13, 2020 6:35:09 PM**

"hgliese" – But why me

**August 13, 2020 6:43:59 PM**

"hgliese" – How can you say all this and be nice after everything that's happened

**August 13, 2020 7:34:03 PM**

"art.gremlin" – Can I ask you something?

**August 13, 2020 7:34:34 PM**

"hgliese" – I got busy and had to come back to finish reading all that

**August 13, 2020 7:34:36 PM**

"hgliese" – You may

**August 13, 2020 7:34:50 PM**

"art.gremlin" – I understand, I tend to send a lot

**August 13, 2020 7:35:55 PM**

"art.gremlin" – Since you asked, I wanna ask the same thing.  Why not leave and get a new sub?  You have tossed other subs to the side and didn't care.  How am I any different that you wanna keep me around

**August 13, 2020 7:38:24 PM**

"hgliese" – I like you and I don't want you to fucking kill yourself

**August 13, 2020 7:39:56 PM**

"art.gremlin" – Awe thanks, I feel all warm and fuzzy inside and like I saw deeper into what you think and feel

**August 13, 2020 7:40:13 PM**

"art.gremlin" –  And I said before, I don't wanna kill myself.  I'm not that unstable

**August 13, 2020 7:42:25 PM**

"hgliese" – You're the first sub to truly satisfy me and fulfill my kinks. You are also sweet, creative, artistic and oh so submissive. My downfall is that I wanted a primarily sexual relationship whereas you need something more emotionally involved.

**August 13, 2020 7:47:16 PM**

"art.gremlin" – I'm glad I did all that for you. I think we should slowly work to build a healthy emotional relationship and sexual one. Tripp can help with my needs too if it ever becomes too much for you to handle. But if you don't wanna try again, I completely understand and I am willing to be friends, maybe do a few sexual things here and there. If being emotionally involved is a problem we can either work on building up to that and joining back in our dynamic. Or we can remain friends with benefits

**August 13, 2020 7:48:57 PM**

"art.gremlin" – I am not trying to be pushy or force something. I want you to decide. This is all up to you on whether or not you wannna try to build a healthy relationship to add with the dynamic. If not, I won't kill myself, I actually feel pretty good that we talked about why it didn't work. And I will find another domme after a while

**August 13, 2020 7:49:26 PM**

"hgliese" – I don't want you to have another domme. But I can't give you everything you need.

**August 13, 2020 7:49:58 PM**

"hgliese" – I'm able and willing to talk to you and like talk things through in your life but I don't have the time or privacy for calls and shit like that

**August 13, 2020 8:02:13 PM**

"hgliese" – I have about 2 hours a night to myself which I spend showering and doing my skin care routine.

**August 15, 2020 3:45:39 AM**

"art.gremlin" – I just remembered something I said yesterday and I desperately wanna draw it… you told me not to… but I'm gonna to anyways

**August 15, 2020 3:47:11 AM**

"hgliese" - What

**August 15, 2020 3:47:13 AM**

"hgliese" - No

**August 15, 2020 3:47:16 AM**

"hgliese" – Omg no

**August 15, 2020 8:37:49 AM**

"art.gremlin" – Ldpbsnb9631

**August 16, 2020 1:58:49 AM**

"hgliese" – *No message content to display*

**August 16, 2020 1:59:06 AM**

"hgliese" – *No message content to display*

**August 16, 2020 1:59:16 AM**

"hgliese" – *No message content to display*

**August 16, 2020 1:59:22 AM**

"hgliese" – *No message content to display*

**August 17, 2020 2:05:30 AM**

"art.gremlin" – I don't know.  She and I will laugh when we walk in on eachother, and we do light sister flirting.  Mainly her

**August 17, 2020 2:15:24 AM**

"ghliese" – P.s. if Tripp comes over again you have to make me content

**August 17, 2020 2:25:04 AM**

"art.gremlin" – *No message content to display*

**August 17, 2020 6:41:17 AM**

"art.gremlin" –  I want you to be present.  Initiate.  I feel like I'm the only one interested.  Don't only talk to me when you feel horny.  Don't go off on me when I criticize something.  When you need space tell me.  When you need time to think tell me.  Communicate with me.  Let me tell you things.  Don't ask me to do stuff with kids.  Just meet me half way

**August 21, 2020 7:26:33 PM**

"art.gremlin" –  We got there, waited outside a bit, Tripp pulled up my shirt and flashed my tits.  She came down, let us in, I was getting nervous.  Got in the elevator, I could smell the cigarette smoke on her.  We got up to the room, went into the bedroom, kinda sat there awkwardly.  She took Tripp into the bathroom to talk for a bit.  They came back in.  I was so nervous and I didn't want to make the first move.  She took off her clothes, I took off mine, but then she left to smoke a cigarette outside, now cue the small anxiety attack.  She came back and said she couldn't do it, cause she was "straight".  Then she said she was gonna pass us over to her bi friend.  Then a random dude showed up.  And everything was just super sketchy

**August 24, 2020 9:31:22 PM to August 24, 2020 9:38:55 PM**

"art.gremlin" – *No message content to display*

**August 25, 2020 5:20:25 AM to August 25, 2020 5:34:27 AM**

"art.gremlin" – *No message content to display*

**August 26, 2020 11:18:34 AM**

"art.gremlin" – I hope you slept good. I am going to work again. Yesterday I thought you came into the store, a girl was there that looked like you, same hair and height and face shape, different skin tone. She was a bit tanner than you.

***File Image Name: BF10399CBF0744AA8CC6069E73F097E6.jpeg - Image of "Hannah" that the victim shared in a text group conversation with her friends on April 27, 2020 at 17:01. The victim also identified the photograph as "Hannah" during her second forensic interview on January 12, 2021 at the Children's Advocacy Center in Dorchester County, South Carolina. The victim never met or talked to "Hannah". The online relationship occurred via text messages through SnapChat.

**August 27, 2020 9:47:59 PM**

"hgliese" – *No message content to display*

**August 27, 2020 9:48:14 PM**

"hgliese" – *No message content to display*

**August 27, 2020 9:48:33 PM**

"hgliese" – *No message content to display*

**August 27, 2020 11:21:08 PM**

"art.gremlin" – *No message content to display*

**August 27, 2020 11:31:18 PM**

"art.gremlin" – *No message content to display*

**August 28, 2020 12:26:18 AM**

"art.gremlin" – *No message content to display*

**August 30, 2020 2:23:40 PM**

"art.gremlin" – Morning

**August 31, 2020 12:38:23 AM**

"art.gremlin" – How was your day?

**August 31, 2020 2:23:39 AM**

"art.gremlin" – Showed my family an art piece I was proud of and was met with a laughing stock, fucking done with this shit

**August 31, 2020 2:24:04 AM**

"art.gremlin" – It was something I came up with, where you scribble and scribble until it makes one whole piece

**August 31, 2020 4:37:00 PM**

"hgliese" – *No message content to display*

**August 31, 2020 4:37:17 PM**

"hgliese" – So where do we go from here

**August 31, 2020 6:02:01 PM**

"art.gremlin" – Gimme a moment, I am watching my niece and nephew and can't talk right now.  I'm sorry

**August 31, 2020 6:32:47 PM**

"art.gremlin" – Well.  What I did was an accident, and in good spirits.   I don't know.  I need a day to think about it.  I'm sorry that I made you upset.  I was trying to do something to help relieve your stress.  We were going to meet two girls, but they flaked out.  I want to go back with you, but that's me.  A dump slut as you called me

**August 31, 2020 7:43:31 PM**

"hgliese" – Yeah, I told you to avoid Tripp

**August 31, 2020 7:49:11 PM**

"art.gremlin" – Well, I didn't' remember that, so I am sorry.  Hopefully you can see that I didn't mean to betray or harm you

**September 1, 2020 12:53:32 AM**

"art.gremlin" – If you feel as if I cheated, I'm sorry.  I wasn't trying to do anything in an act of unfaithfulness.  You seemed stressed so I asked that we go out and find girls.  One fell asleep, the other was a fake.  I have never done anything in the knowledge that it may be unfaithful.

**September 1, 2020 1:37:57 AM**

"hgliese" - Okay

**September 1, 2020 1:43:13 AM**

"art.gremlin" – Goodnight.  Btw, I started another art project, it's a lot of fun

**September 1, 2020 1:43:48AM**

"hgliese" – What is it?

**September 1, 2020 1:58:31 AM**

"art.gremlin" – *No message content to display*

**September 1, 2020 2:07:52 AM**

"hgliese" – That looks nice

**September 1, 2020 2:13:04 AM**

"art.gremlin" – Thank you :). Sleep good.  I hope work goes well

**September 1, 2020 2:13:16 AM**

"art.gremlin" – I was gonna ask when you start school, but you graduated

**September 1, 2020 2:18:09 AM**

"hgliese" – I'm applying for colleges

**September 1, 2020 2:18:41 AM**

"art.gremlin" – Any catch you eye?

**September 1, 2020 2:19:18 AM**

"hgliese" – Stanford

**September 1, 2020 4:52:53 AM**

"hgliese" – *No message content to display*

### Video of BYE, the victim, and a White Male

29.　　During the August 25, 2020 5:20:25 AM to August 25, 2020 5:34:27 AM chats between "hgliese" and "art.gremlin" with no content, there were approximately forty-nine (49) messages sent by "art.gremlin" to "hgliese". This is the same date and times that videos of BYE, the victim, and a White male were produced.

30.　　During the review of BYE's a Samsung Note 5 - IMEI: 990005884071490, the following videos were found on the device:

　　　a. **Video File Name:　8b0a01a0-b9dd-495b-a92a-0443a5e78b10** – Video depicts the victim engaged in sexual intercourse with an unknown White male subject. The victim's black knee-high socks with two white stripes at the top of the sock is seen in the video. A blue quilted bedspread is visible in the video. According to the Metadata recovered from the video, this incident occurred at the residence of the White male, who was later identified by agents. The video was created on 2020:08:25 5:25:13 AM

　　　b. **Video File Name: 13f68b7a-59e9-4386-418866fd5e42** – Video depicts the victim performing oral sex on BYE who is identified by his lip tattoo. An unknow White male is engaged in sexual intercourse with the victim. The White male subject has tattoos on both arms, short brownish and gray hair. A

blue quilted bedspread is visible in the video as well as tan curtains and a picture on the wall.  This video was created on 2020:08:25 5:26:00 AM.

31.     The GPS coordinates on the videos, in addition to the forensic software timeline data for those videos, they were mapped out to an address in Myrtle Beach, South Carolina associated with the later-identified White male.

32.     The following conversation was found on the device between telephone number later found to be associated with the White male and a person identified as "Me" with telephone number 704-641-9463 associated with Theodore Woolings BYE III.

**August 25, 2020 3:17:14 PM to August 25, 2020 3:17:43 PM**

**White Male:**  Wuts up bro u working today

**ME**:   Yep for a little while

**White Male:**  Nice I gotts hit little river n pay the guys.  Painter n plumber.  R u cool with sending me a vid u took of me fucking ur slave girl.  I no the code bro the vid stays with me.

**ME**:   Baby has all those on her snap and I don't think I saved any on my phone.  Maybe her girl did bit I will ask

**White Male:**  Oo thats cool.  Is she down to have another meet

**September 12, 2020 4:07:23 PM**

**White Male:**  Wuts up bro its Charlie.  Wyd.  It girl looking for some more lol

**September 13, 2020 2:43:48 PM**

**White Male:**  Let me know.  I wanna fuck her reslly good.  I know I was a little to big for her but

33.     On or about October 26, 2020, a records check was conducted on telephone number from which the White male communicated with Bye, and the address associated with the videos.

Using the results of these records, image comparisons, and a records check through the South Carolina Department of Motor Vehicles on or about October 26, 2020, agents have identified the user as a White male who matches the above images and video found on BYE's device.

34.    On or about January 12, 2021, during a forensic interview of the victim, a screenshot photograph from Video File Name: 13f68b7a-59e9-4386-418866fd5e42 depicts an unknown White male subject is engaged in sexual intercourse with the victim. The unknown White male subject has tattoos on both arms, short brownish and gray hair and he is wearing eyeglasses. A blue quilted bedspread is visible in the video as well as tan curtains and a picture on the wall.    The victim identified the subject as the White male subject who she and "Tripp" had sexual intercourse with at this residence. The victim advised that "it hurt more than any other". The victim talked about the subject living not that far from "Tripp" as well as video camera feed from outside of the residence. (*Agent note: Agents observed a video camera outside of the residence during surveillance operations.*)  The victim recalls the subject having a motorcycle, short spikey brown hair and glasses. The victim didn't recall any details about the White male's tattoos.

### *Evidence on HL's Motorola GSM XT2005DL (2nd cellphone seized on 20200916) relating to "Hannah"*

35.    On or about September 16, 2020, the victim's Motorola GSM XT2005DL was seized.  Consent to search the device was obtained from the victim and the victim's mother.  This device was purchased by BYE with the victim's money and given to the victim after her first cellphone was seized by law enforcement agents on September 4, 2020.  A keyword search for "hgliese" was conducted in reference to conversations between "Hannah" and the victim.  The following artifacts were found on the device:

a.   SnapChat user – "hgliese" was found as a SnapChat contact in the SnapChat artifacts.  The victim's SnapChat username – "art.gremlin" was changed to "hi_gizmoart" after her  iPhone 11 was seized on September 4, 2020.

b.   SnapChat conversations between "hgliese" and "hi_gizmoart" were found from September 11, 2020 to September 15, 2020:

**September 11, 2020 9:08:36 PM**

"hi_gizmoart" – I was brought into a room.  It had two chairs each in opposite corners of each other, a glass frame separating them.  The lady across from me was I'm guessing a psychologist.  She began asking questions, I told her little as possible about you guys, and a shit ton about how my mom is a bitch and did a bunch of stuff and exaggerated all of this.  Then after about an hour of that bullshit, I was brought into the examination room.  I was told to strip and put on a paper gown thing.  Then this old lady and fat biker lesbian walked in and told me to sit on the table.  They checked my pulse (had to retake it 5 times cause my blood pressure was VERY low which they said means I'm very dehydrated) then took my breathing.  Laid me down pressed on my belly and kidneys.  Here is where I start crying.  They lay me down and instruct I open my legs.  I told them I was uncomfortable but they pushed them open anyways.  There was a camera thing pointed right at my parts that showed up on the monitor.  Then they took a nice long look at my pussy entrance and then ripped out my tampon.  Then they shoved a q-tip in me and left it in for 15 seconds and then my ass.  Mind you.  Not once was I asked it I was okay with any of this.  The biker chick fucking helped in holding my holes open for them.  Sure.  If it was a hot chick doing it and I wasn't already emotionally

vulnerable I wouldve enjoyed it.  But that wasny the case.  Then I met with the police officer investigating.  He doesn't care about you or Tripp.

\*\*\*The victim is referring to the forensic interview and exam that was conducted at the Children's Advocacy Center on September 11, 2020.

**September 14, 2020 7:07:32 PM**

"hi_gizmoart" – Everything okay?

**September 14, 2020 7:37:34 PM**

"hgliese" – *No message content to display*

\*\*File Name:  CF377B1BA9F201F4168C6BE21094917E.chat_snap.0  – video depicts two (2) white adult females engaged in sexual intercourse utilizing a dildo.  File creation date – 9/14/2020 7:37:34 PM

**September 14, 2020 7:37:35 PM**

"hgliese" – *No message content to display*

**September 14, 2020 7:37:35 PM**

"hgliese" – I could really use this rn

**September 14, 2020 8:08:48 PM**

"hi_gizmoart" – Waiting for it to load

**September 14, 2020 8:10:13 PM**

"hi_gizmoart" – Oooooooooooo… That looks like it feels so fucking good. you the girl on the top or the bottom.

**September 14, 2020 8:10:35 PM**

"hgliese" – *No message content to display*

**September 14, 2020 8:10: 35 PM**

"hgliese" – I'm a power top to girls so I'd be on top

**September 14, 2020 8:11:40 PM**

"hi_gizmoart" – Oooooooo. I love the sound of that

### *Evidence of GROW's Criminal Activities as Hannah*

36.     As detailed more fully below, the investigation revealed that the user posing as Hannah accessed the SnapChat account "hgliese" from at least three different locations in Arizona. Hart William Grow (DOB: 9/5/1995) is the only individual directly connected to all three locations.

### *SnapChat*

37.     On or about November 21, 2020, in response to a Grand Jury Subpoena, SnapChat returned the following IP addresses associated with SnapChat user - "hgliese":

68.3.195.235 – 4/12/2016 20:07:54 UTC (IP address was used to register SnapChat account – "hgliese")

71.223.127.90 – 9/16/2020 15:41:20 UTC – 9/16/2020 16:11:06 UTC

71.223.96.203 – 9/11/2020 22:22:46 UTC – 9/11/2020 22:26:26 UTC

72.216.145.18 – 6/23/2020 16:12:33 UTC – 8/19/2020 21:40:21 UTC

72.216.134.147 – 4/5/2020 18:54:37 UTC – 4/5/2020 19:41:46 UTC

### *CenturyLink*

38.     On or about February 15, 2021, in response to a Grand Jury Subpoena regarding 71.223.127.90 – 9/16/2020 15:41:20 UTC to 9/16/2020 16:11:06 UTC; and 71.223.96.203 –

9/11/2020 22:22:46 UTC to 9/11/2020 22:26:26 UTC, CenturyLink Communications returned the

following subscriber information for the following IP addresses:

> **IP address 71.223.96.203 was registered from August 31, 2020 19:47:51 to September 13, 2020 21:58:59 to the following customer:**
> Hart Grove (*Agent note: This is not a typo by the affiant and is how this name appears in the subscriber information, but as noted below all other information associated with this address identifies him as Hart Grow.*)
> 14360 W. Pershing Street
> Surprise, Arizona
> MAC Address: 54833aa14d75
> Telephone number: 623-584-3726

> **IP address 71.223.127.90 was registered from September 13, 2020 22:37:10 to September 27, 2020 05:36:00 to the following customer:**
> Hart Grove
> 14360 W. Pershing Street
> Surprise, Arizona
> MAC Address: 54833aa14d75
> Telephone number: 623-584-3726

39.     On or about February 16, 2021, a records check was conducted in CLEAR on 14360

W. Pershing Street, Surprise, Arizona 85379.  According to CLEAR, Hart W. GROW (DOB:

9/5/1995) is listed as the owner of that residence.

40.     On or about February 16, 2021, a property records check was conducted through

the Maricopa County government website.  According to Maricopa County tax records, Hart

GROW and Sierra S. Bolton are the owners of 14360 W. Pershing Street, Surprise, Arizona

85379.  The residence was purchased on August 1, 2020 under deed number 200779106.

41.     On or about February 16, 2021, an open source search of Facebook was conducted

for Hart GROW.  According to Facebook, Hart W. GROW has a Facebook account.  The profile

picture of the Facebook profile is of a white male subject with dark, short hair.

42.     On or about February 17, 2021, a records check was conducted with Arizona

Department of Motor Vehicle (DMV).  According to Arizona DMV, Hart William GROW

possesses Arizona driver license number – D07785202 with a listed address of the **SUBJECT**

**PREMISES** at 14360 W Pershing Street, Surprise, Arizona 85379. GROW (DOB: 9/5/1995) is a white male, 6'04", 306 pounds, brown hair and blue eyes. A photograph of GROW was included in the record. It is the same subject posted in his Facebook account as well as all of Sierra S. Bolton Grow's social media Instagram account.

43.     On or about February 17, 2021, an open source search of Instagram was conducted for Hart GROW and Sierra Bolton. According to Instagram, Sierra Bolton Grow has an Instagram account. The account is open to the public. The same subject in the Facebook profile picture from the Hart W. Grow account is the same subject pictured throughout the Instagram account for Sierra Bolton Grow.

44.     According to the publicly available information on the Facebook pages of both Hart GROW and Sierra Bolton Grow, Hart GROW and Sierra Bolton Grow did not start dating until sometime after 2017.

45.     According to the Instagram account, Sierra Bolton Grow married Hart Grow on June 26, 2020. A collage of photographs was posted on June 27, 2020. The photographs are captioned – "for those of you who didn't know yet, I officially married the love of my life…." Hart Grow and Sierra Bolton Grow are in the photographs.

46.     On the same Instagram account, a photograph was posted on August 25, 2020 of Sierra Bolton Grow and Hart Grow standing in front of a tan stucco house with a green door. The photograph is captioned – "welcome to the bolton-grow's (house emoji) #homeowners #yepthathappened. Both subjects are wearing wedding rings.

47.     On or about February 17, 2021, a Zillow search of 14360 W. Pershing Street, Surprise, Arizona 85379 was conducted. Photographs posted on Zillow display a tan stucco house with a green front door and a tan two-car garage.

48.     On or about February 17, 2021, a comparison of the open source photographs from

Sierra Bolton Grow's Instagram account and a photograph of "Hannah" which was recovered from

the victim's cellphone was conducted.  The photograph was identified as "Hannah" by the victim

during a forensic interview that was conducted on January 12, 2021.   The female in the "Hannah"

photograph and photographs of Sierra Bolton Grow have similar facial features.

*Cox Communications*

49.     On or about February 22, 2021, in response to a Grand Jury Subpoena for

68.3.195.235 – 4/12/2016 20:07:54 UTC; 72.216.145.18 – 6/23/2020 16:12:33 UTC – 8/19/2020

21:40:21 UTC; and 72.216.134.147 – 4/5/2020 18:54:37 UTC – 4/5/2020 19:41:46 UTC, Cox

Communications returned results regarding the following IP addresses:

**IP address 72.216.145.18 – 6/23/2020 16:12:33 UTC – 8/19/2020 21:40:21 UTC**
According to Cox Communications, IP address 72.216.145.18 – 6/23/2020 16:12:33 UTC
– 8/19/2020 21:40:21 UTC was registered to the following customer account, which is a
previous address for Sierra Bolton, who HART was dating at the time.  This account is no
longer active.
Account #: 1870165-03
Sierra Bolton
34116th Street
Apartment #1033
Phoenix, AZ 85016-7164

**IP address 68.3.195.235 – 4/12/2016 20:07:54 UTC (IP address used to register
SnapChat account – "hgliese").**
According to Cox Communications, IP address 68.3.195.235 – 4/12/2016 20:07:54 UTC
was registered to the following customer account.  This account is still active and
established since August 4, 2010.
Account #: 383351-05
Nicole Grow
47322nd Avenue
Phoenix, AZ 85033-1023

50.     On or about February 23, 2021, a records check was conducted through

CLEAR.  According to CLEAR, Nicole Grow (DOB: 12/23/1972) currently resides at 4732 N 82nd

Avenue, Phoenix, Arizona. Investigation into Hart GROW reveals he lived at this address in 2016,

when the IP address at this location was used to register the SnapChat account "hgliese", and for some time prior.

## CONCLUSION

23.      Based on the foregoing information, there is probable cause to believe that the defendant Hart William GROW violated the SPECIFIED FEDERAL OFFENSES indicated above.   Therefore, I respectfully request that the Court issue a Criminal Complaint charging the defendant with a violation of 18 U.S.C. § 2422(b) (Coercion and Enticement), and 18 U.S.C. § 2251(a) (Sexual Exploitation of Children).

24. Assistant United States Attorney Derek A. Shoemake has reviewed this affidavit.

**[Signature on next page.]**

_Yvette A. Thomas_
_____
Yvette A. Thomas
Special Agent
Homeland Security Investigations

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE

This _15_ day of March, 2020
Florence, South Carolina

_____
HONORABLE THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF SOUTH CAROLINA