**CARTWRIGHT SCHOOL DISTRICT #83**
3401 North 67th Avenue
Phoenix, Arizona 85033

**SPECIAL PROGRAMS RECORDS**

☐ American Indian or Native Alaskan
☐ Asian or Pacific Islander
☑ Hispanic
☐ Black, not Hispanic Origin
☑ White, not Hispanic Origin

STUDENT'S NAME: Hart W. Gnu   BIRTHDATE: [redacted]
TEACHER: Shrum - PM   SCHOOL: Tomahawk   GRADE: K

**A. LANGUAGE DOMINANCE INFORMATION**

What language was first spoken by this student?   English _X_   Spanish ___   Other ___
What language does this student speak most often?   English _X_   Spanish ___   Other ___
Regardless of the language spoken by the student, what language is most often spoken in the home?   English _X_   Spanish ___   Other ___

**B. SPECIAL ENGLISH**
Has this student been enrolled in a Special English Program (Bilingual, English Second Language, Etc.)?   Yes ___   How Long ___   Where ___

**C. READING PROGRAM**
Has this student been enrolled in a remedial reading program?   Yes ___   How Long ___   Where ___

**D. SPECIAL EDUCATION**
Is this student presently enrolled in Special Education?   Please fill in the appropriate columns.

| | YES | HOW LONG | WHERE |
|---|---|---|---|
| Specific Learning Disability | | | |
| Speech/Language Impaired Tongue-tied | X | 3 months | Cartwright Preschool and Gifted Center |
| Hearing Impaired | | | |
| Visually Impaired | | | |
| Mild Mental Retardation | | | |
| Moderate Mental Retardation | | | |
| Severe Mental Retardation | | | |
| Emotionally Disabled | | | |
| Preschool Developmental Delay | | | |
| Other | | | |

X _Nicole M. Kiow_   6-7-01
SIGNATURE OF PARENT OR GUARDIAN   DATE

**DISPOSITION OF PROGRAM INFORMATION** - To Be Filled In By Appropriate Program Teacher

1. Testing Procedure ___
2. Placement ___

After you have tested this child and have filled in the Disposition section, distribute this form as follows:
WHITE - Child's Permanent Record
YELLOW - Bilingual Consultant
PINK - Chapter Programs or Special Services
GOLDENROD - Classroom Teacher

FmsAdm0015
Revised 01/00

CARTWRIGHT SCHOOL DISTRICT #83
STUDENT RECORDS
5220 W. INDIAN SCHOOL ROAD
PHOENIX, AZ 85031

000161