

# Estrella Middle School
## Daily Attendance Profile

### Student Information

| Student Name | Sis Number | Gender | Grade | Home Address |
|---|---|---|---|---|
| Grow, Hart W. | | M | 07 | 8216 W Highland Ave |
| Last Name Goes By: **GROW** | Nick Name | | Birth Date | Phoenix, AZ 85033 |

### Attendance Information

| Date | Reason | Absence Amt | Arrival Time | Depart Time | Minutes Attend |
|---|---|---|---|---|---|
| 05/30/2008 | Other | 1.00 | | 1:34 AM | |
| | Reason | Absence Amt 2 | Note: PERSONAL | | |
| 06/05/2008 | Illness | 1.00 | | | |
| | Reason | Absence Amt 2 | Note: STOMACH PROBLEMS | | |

Grow, Hart W.

**CARTWRIGHT SCHOOL DISTRICT #83**
STUDENT RECORDS
5220 W. INDIAN SCHOOL ROAD
PHOENIX, AZ 85031


## Student Information

| Student Name | Sis Number | Gender | Grade | Home Address |
|---|---|---|---|---|
| Grow, Hart W. | ▮ | M | 08 | 8216 W Highland Ave |
| **Last Name Goes By** | **Nick Name** | | **Birth Date** | Phoenix, AZ 85033 |
| GROW | | | ▮ | |
| **Phone** | **Home Language** | **Ethnicity** | **Enter Date** | **Leave Date** |
| 623-845-9448 | English | White | 08/18/2008 | |

## Custodial Information

**Father:** Grow, August W.  
**Phone Type:** Home  
**Phone:** ▮  
**Extension:**

☑ Contact Allowed ☑ Has Custody ☑ Lives With ☑ Ed. Rights ☑ Mailings Allowed

**Mother:** Grow, Nicole  
**Phone Type:** Home  
**Phone:** ▮  
**Extension:**

☑ Contact Allowed ☑ Has Custody ☑ Lives With ☑ Ed. Rights ☑ Mailings Allowed

## Attendance Information

| Date | Reason | Absence Amt | Arrival Time | Depart Time | Minutes Attend |
|---|---|---|---|---|---|
| 09/05/2008 | Illness | 1.00 | | | |
| | Note: vomiting | | | | |
| 09/10/2008 | Illness | 1.00 | | | |
| | Note: ASTHMA | | | | |
| 10/03/2008 | Unverified | 1.00 | | | |
| | Note: | | | | |
| 10/06/2008 | Illness | 1.00 | | | |
| | Note: astma | | | | |
| 10/10/2008 | Other | 1.00 | | 11:10 AM | |
| | Note: appt. | | | | |
| 11/21/2008 | Other | 0.50 | | 12:42 PM | |
| | Note: personal | | | | |
| 12/04/2008 | Other | 0.50 | | 1:15 AM | |
| | Note: Dr. Appt. | | | | |
| 12/05/2008 | Illness | 1.00 | | | |
| | Note: i'll | | | | |
| 12/11/2008 | Other | 0.50 | | 1:00 AM | |
| | Note: Dr. Appt. | | | | |

CARTWRIGHT SCHOOL DISTRICT #83  
STUDENT RECORDS  
5220 W INDIAN SCHOOL ROAD  
PHOENIX, AZ 85031