

**GROW, HART**
1819 / 09 / I

**HUBER HEIGHTS CITY --**
2009-2010 (Not Set)

| | | | |
|---|---|---|---|
| **School:** Wayne High School | **Homeroom:** | **Calendar:** Withdrawn | **Birthdate:** |
| **Home School:** | **Counselor:** CLEVERLY, CHERYL | **Program:** | **Gender:** M |

StudentInformation > SIS > Student > Marks > Student Marks

---

# WARNING: You are working with a Past School Year

## Student Marks

From this screen, you can view a student's marks for each completed or present course.

☐ Show Completed Courses Only

**Dropped** Withdrawn
**Marking Pattern:** All Year

| Course Section | Int1 Int | Qtr1 GP | Int2 Int | Qtr2 GP | Exm1 Exam | Avg1 Avg | Int3 Int | Qtr3 GP | Int4 Int | Qtr4 GP | Exm2 Exam | Avg2 Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADVS09 - ADVISORY 9 (Section 7)<br>• MR. D. MEYERS | | | | W | | | | | | | | |

**Marking Pattern:** 1st Semester

| Course Section | | Int1 Int | Qtr1 GP | Int2 Int | Qtr2 GP | Exm1 Exam | Avg1 Avg |
|---|---|---|---|---|---|---|---|
| 163115 - DYNAMICS OF BUSINESS (Section 1) | • DEOLA NICKELL | | C | | W/C | | |
| 361017 - ENGLISH I ACADEMIC (Section 1) | • SUSAN HIEBER | | F | | W/F | | |
| 451155 - HEALTH (Section 18) | • RONNA POLLOCK | | | | W/F | | |
| 661216 - ACAD ALG I INT (Section 6) | • KENDRA INGRAM | | C+ | | W/C | | |
| 762156 - INTEGRATED BIOLOGY (Section 7) | • ANGELA BRASSFIELD | | F | B- | W/F | | |
| 811116 - WORLD STUDIES (Section 16) | • JULIE MCQUALITY | | F | | W/F | | |

Copyright © 1997-2021 Software Answers, LLC