# Trevor G. Browne High School

## Phoenix Union High School District

This certifies that

# Hart William Grow

has satisfactorily completed the course of studies prescribed for graduation by the Governing Board and is hereby awarded this

## Diploma

Given this Twenty-third Day of May, two thousand thirteen

_KPS_
SUPERINTENDENT

_Randy Schull_
PRESIDENT, GOVERNING BOARD

_[signature]_
PRINCIPAL

_Laura_
CLERK, GOVERNING BOARD