

June 17, 2020

Hart Grow

Dear Hart,

Welcome to The National Society of Collegiate Scholars (NSCS). We're proud to welcome you as our newest member.

We invited you to join NSCS because of your outstanding academic performance at Grand Canyon University. Now we want to help ensure that you make the most of your time in college and beyond, by taking advantage of all your NSCS member benefits.

Enclosed in this welcome packet are the following new member materials:

- Your certificate of membership, which proves that you're a bona fide member of the Society.

- A press release announcing your membership. Please email or mail this to your local hometown newspaper, radio station and other community publications, so that they can publish it. To increase the likelihood of this being published, attach a photo (make sure it's in focus and shows you by yourself) and address the press release to the "community news editor."

In the meantime, make sure to visit the NSCS website, www.nscs.org, to learn about the latest scholarships, programs and member benefit opportunities.

If you have any questions, feel free to call NSCS at 202.265.9000 or email us at nscs@nscs.org.

Again, welcome to NSCS!

Sincerely,

Scott Mobley
Executive Director
The National Society of Collegiate Scholars

P.S. Don't forget to show your NSCS pride by purchasing a t-shirt or other branded item by visiting the official NSCS Online Store at store.nscs.org

**The NATIONAL SOCIETY of COLLEGIATE SCHOLARS**

2000 M Street NW, Suite 600
Washington, DC 20036

Phone  202.265.9000
Fax       202.265.9200

NSCS.ORG



# Phi Theta Kappa

This is to Certify That

## Hart Grow

has complied with all the requirements for,
and has been inducted into

## Phi Theta Kappa
### Honor Society

Member # 26793449

In witness of which we have caused the great seal of this Society to be hereto affixed and inscribed our signatures.

Dr. Norma Jimenez Hernandez
Chapter Advisor

President and CEO

Beta Alpha Xi
Chapter

March 21, 2018
Date

Jun 08 22, 02:33p   August&Nicole Grow   p.1