# Arizona State Board of Pharmacy

This is to certify that

## Hart William Grow

was on the date of this certificate duly licensed as a

### Pharmacy Technician

This certificate has been granted in accordance with the provisions of the pharmacy laws of the State of Arizona, Chapter 18, Article 32, Section 1923.01.

In Witness Whereof are hereunto affixed the seal and the signatures of the President and Executive Director of the Arizona State Board of Pharmacy.



T064360
NUMBER

03/20/2019
DATE

EXECUTIVE DIRECTOR