**Grand Canyon University**
Office of Academic Records
3300 W. Camelback Rd
Phoenix, Arizona 85017

January 20, 2021

Hart Grow

Dear Hart,

Congratulations on your academic success. It is with great pleasure that we recognize you for earning the distinction of Dean's List (3.5-3.79 G.P.A.). Your contributions in the classroom and quality of submitted work set you apart as a student committed to high achievement.

Grand Canyon University has over 60 years of scholars who have graduated and gone forth to successfully lead their schools, communities, organizations, hospitals, churches, and families. We are pleased to see you follow in this tradition, as demonstrated by your academic achievement. Continue to seek new knowledge and demonstrate your desire for excellence as you complete your journey at GCU. Grand Canyon University faculty and staff are proud of your accomplishments and look forward to recognizing your success again.

Grand Canyon seeks to accept the very best students. Our experience is that students of your caliber surround themselves with other successful individuals. We want these students at Grand Canyon University. Students who, like you, value their academic achievements and are striving toward a bright future. Please share your success with your peer and professional group and encourage others who have what it takes to be a 'Lope to continue their education.

Sincerely,

*Jennifer J Lech*

Jennifer Lech, Ph.D.
Senior Vice President of Academic Affairs and University Registrar
Grand Canyon University