06/07/2022

Attn: Mr. Meetze

RE: Hart W. Grow

Hi, this is the response I received from Hart concerning his schooling:

Skipped 4th from Ms. Dominguez's class to Ms. Santiago in 5th while at Cottonboll, and I was bulled by Nathan and Luis in my new class before you and dad transferred me back to Tomahawk. Started the Pre-IB at North High School in 2009 I believe, that's when Grandpa C got sick; I transferred to Browne because of the 90 minute bus ride each way and I was only there for a couple of weeks before we went to Ohio because of Grandpa, then all the stuff happened at Wayne with Brad threatening me, then back to Browne, finished my freshman year, then started Primavera for my sophmore year cause I was behind from all the bouncing around during my freshman year, then back to Browne after one semester and graduated in 2013. I did waaaaayyyyy better in college.

To sum everything up, Hart had a rough Freshman year, a lot of things transpired but, Hart being Hart bounced back and did very well. He joined the Jr ROTC, I mailed a photo of him in his uniform to you on the 7th, plus other photos. He took advanced or honors classes. I will be mailing off all of his awards and certificates I can find to you tomorrow, the 8th. Thank You Mr. Meetze. Take Care!

Sincerely,

Nicole Grow