# Table 15

## SENTENCE IMPOSED BY TYPE OF CRIME[1]
## Fiscal Year 2021

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **48** | **24** | **57,286** | **52** | **29** | **52,300** |
| Administration of Justice | 13 | 8 | 512 | 17 | 12 | 369 |
| Antitrust | 3 | 3 | 6 | -- | -- | 1 |
| Arson | 63 | 48 | 79 | 64 | 48 | 77 |
| Assault | 57 | 36 | 668 | 63 | 39 | 601 |
| Bribery/Corruption | 20 | 12 | 247 | 26 | 18 | 179 |
| Burglary/Trespass | 23 | 14 | 64 | 25 | 18 | 57 |
| Child Pornography | 108 | 90 | 1,215 | 109 | 92 | 1,199 |
| Commercialized Vice | 14 | 11 | 114 | 23 | 18 | 65 |
| Drug Possession | 1 | 0 | 309 | 3 | 0 | 111 |
| Drug Trafficking | 74 | 60 | 17,608 | 76 | 60 | 16,990 |
| Environmental | 2 | 0 | 173 | 5 | 2 | 40 |
| Extortion/Racketeering | 25 | 15 | 116 | 32 | 24 | 88 |
| Firearms | 48 | 37 | 8,150 | 51 | 40 | 7,675 |
| Food and Drug | 9 | 1 | 47 | 20 | 14 | 20 |
| Forgery/Counter/Copyright | 16 | 12 | 137 | 19 | 15 | 107 |
| Fraud/Theft/Embezzlement | 20 | 12 | 4,571 | 28 | 18 | 3,202 |
| Immigration | 13 | 8 | 16,937 | 13 | 9 | 16,164 |
| Individual Rights | 32 | 3 | 69 | 72 | 46 | 30 |
| Kidnapping | 166 | 123 | 92 | 168 | 124 | 91 |
| Manslaughter | 69 | 59 | 56 | 70 | 60 | 55 |
| Money Laundering | 57 | 30 | 1,028 | 64 | 37 | 908 |
| Murder | 244 | 231 | 257 | 245 | 233 | 256 |
| National Defense | 37 | 26 | 217 | 42 | 30 | 189 |
| Obscenity/Other Sex Offenses | 22 | 18 | 298 | 23 | 19 | 288 |
| Prison Offenses | 11 | 8 | 532 | 11 | 8 | 513 |
| Robbery | 104 | 90 | 1,300 | 106 | 93 | 1,275 |
| Sexual Abuse | 211 | 180 | 1,062 | 212 | 180 | 1,057 |
| Stalking/Harassing | 26 | 18 | 219 | 29 | 21 | 194 |
| Tax | 14 | 12 | 421 | 20 | 15 | 271 |
| Other | 2 | 0 | 782 | 5 | 1 | 228 |

[1] Of the 57,287 cases, one was excluded due to missing or indeterminable sentencing information. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.

# Table 15

## SENTENCE IMPOSED BY TYPE OF CRIME[1]
### Fiscal Year 2020

| | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| TYPE OF CRIME | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **40** | **14** | **64,564** | **43** | **18** | **59,300** |
| Administration of Justice | 11 | 8 | 542 | 15 | 12 | 384 |
| Antitrust | 8 | 6 | 11 | 12 | 9 | 7 |
| Arson | 78 | 60 | 48 | 81 | 60 | 46 |
| Assault | 64 | 36 | 618 | 72 | 41 | 543 |
| Bribery/Corruption | 15 | 8 | 240 | 21 | 14 | 154 |
| Burglary/Trespass | 19 | 15 | 39 | 24 | 18 | 31 |
| Child Pornography | 102 | 84 | 1,023 | 102 | 84 | 1,015 |
| Commercialized Vice | 20 | 12 | 53 | 25 | 18 | 42 |
| Drug Possession | 3 | 0 | 438 | 4 | 6 | 254 |
| Drug Trafficking | 76 | 60 | 16,390 | 78 | 60 | 15,820 |
| Environmental | 3 | 0 | 137 | 7 | 4 | 41 |
| Extortion/Racketeering | 23 | 12 | 120 | 34 | 26 | 80 |
| Firearms | 48 | 37 | 7,539 | 50 | 37 | 7,084 |
| Food and Drug | 17 | 4 | 33 | 42 | 44 | 13 |
| Forgery/Counter/Copyright | 17 | 12 | 198 | 19 | 18 | 167 |
| Fraud/Theft/Embezzlement | 19 | 8 | 4,823 | 26 | 18 | 3,472 |
| Immigration | 8 | 5 | 26,561 | 8 | 5 | 25,189 |
| Individual Rights | 55 | 24 | 70 | 70 | 42 | 55 |
| Kidnapping | 195 | 168 | 66 | 195 | 168 | 66 |
| Manslaughter | 56 | 47 | 38 | 63 | 51 | 34 |
| Money Laundering | 58 | 34 | 880 | 66 | 42 | 763 |
| Murder | 255 | 228 | 294 | 255 | 228 | 293 |
| National Defense | 38 | 24 | 165 | 43 | 30 | 146 |
| Obscenity/Other Sex Offenses | 19 | 18 | 318 | 20 | 18 | 299 |
| Prison Offenses | 11 | 8 | 457 | 11 | 8 | 442 |
| Robbery | 105 | 87 | 1,316 | 107 | 87 | 1,294 |
| Sexual Abuse | 201 | 180 | 881 | 202 | 180 | 877 |
| Stalking/Harassing | 29 | 21 | 225 | 31 | 24 | 204 |
| Tax | 15 | 12 | 366 | 20 | 15 | 253 |
| Other | 2 | 0 | 675 | 6 | 2 | 232 |

[1] Of the 64,565 cases, one was excluded due to missing or indeterminable sentencing information. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2020 Datafile, USSCFY20.

# Table 15

## SENTENCE IMPOSED BY TYPE OF CRIME[1]
## Fiscal Year 2019

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| TOTAL | 42 | 18 | 76,538 | 46 | 21 | 70,231 |
| Administration of Justice | 12 | 8 | 698 | 16 | 12 | 504 |
| Antitrust | 6 | 4 | 20 | 6 | 4 | 17 |
| Arson | 76 | 60 | 68 | 78 | 60 | 66 |
| Assault | 64 | 36 | 787 | 73 | 41 | 687 |
| Bribery/Corruption | 22 | 12 | 341 | 29 | 18 | 250 |
| Burglary/Trespass | 16 | 14 | 64 | 17 | 15 | 56 |
| Child Pornography | 103 | 84 | 1,368 | 103 | 84 | 1,354 |
| Commercialized Vice | 24 | 20 | 90 | 28 | 21 | 75 |
| Drug Possession | 2 | 0 | 563 | 4 | 3 | 297 |
| Drug Trafficking | 76 | 60 | 19,830 | 79 | 60 | 19,099 |
| Environmental | 3 | 0 | 179 | 8 | 2 | 47 |
| Extortion/Racketeering | 32 | 27 | 185 | 38 | 33 | 151 |
| Firearms | 50 | 39 | 8,481 | 53 | 41 | 7,994 |
| Food and Drug | 9 | 0 | 48 | 32 | 24 | 13 |
| Forgery/Counter/Copyright | 15 | 12 | 276 | 18 | 14 | 212 |
| Fraud/Theft/Embezzlement | 21 | 12 | 6,390 | 28 | 21 | 4,738 |
| Immigration | 9 | 6 | 29,354 | 10 | 6 | 27,991 |
| Individual Rights | 29 | 3 | 68 | 52 | 27 | 37 |
| Kidnapping | 171 | 120 | 96 | 170 | 120 | 96 |
| Manslaughter | 70 | 60 | 74 | 73 | 63 | 71 |
| Money Laundering | 61 | 33 | 1,177 | 68 | 42 | 1,040 |
| Murder | 255 | 240 | 373 | 255 | 240 | 372 |
| National Defense | 42 | 24 | 195 | 48 | 27 | 170 |
| Obscenity/Other Sex Offenses | 20 | 18 | 393 | 21 | 18 | 374 |
| Prison Offenses | 11 | 8 | 628 | 11 | 8 | 607 |
| Robbery | 109 | 92 | 1,825 | 110 | 93 | 1,800 |
| Sexual Abuse | 205 | 180 | 1,165 | 206 | 180 | 1,158 |
| Stalking/Harassing | 29 | 24 | 223 | 31 | 24 | 204 |
| Tax | 16 | 12 | 547 | 23 | 18 | 351 |
| Other | 3 | 0 | 1,032 | 7 | 1 | 400 |

[1] Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

# Table 15

## SENTENCE IMPOSED BY TYPE OF CRIME[1]
### Fiscal Year 2018

| TYPE OF CRIME | SENTENCE LENGTH[2] | | | LENGTH OF IMPRISONMENT[3] | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| TOTAL | 44 | 20 | 69,425 | 48 | 24 | 63,065 |
| Administration of Justice | 13 | 9 | 730 | 17 | 12 | 527 |
| Antitrust | 5 | 1 | 53 | 9 | 8 | 17 |
| Arson | 65 | 48 | 55 | 68 | 53 | 53 |
| Assault | 56 | 33 | 692 | 64 | 37 | 602 |
| Bribery/Corruption | 23 | 15 | 317 | 29 | 18 | 243 |
| Burglary/Trespass | 21 | 18 | 41 | 22 | 20 | 38 |
| Child Pornography | 104 | 87 | 1,416 | 105 | 87 | 1,403 |
| Commercialized Vice | 17 | 8 | 146 | 23 | 16 | 100 |
| Drug Possession | 3 | 1 | 777 | 5 | 6 | 482 |
| Drug Trafficking | 76 | 60 | 18,747 | 78 | 60 | 18,052 |
| Environmental | 3 | 0 | 203 | 8 | 6 | 61 |
| Extortion/Racketeering | 39 | 27 | 288 | 42 | 30 | 260 |
| Firearms | 53 | 41 | 7,512 | 56 | 42 | 7,133 |
| Food and Drug | 8 | 0 | 43 | 28 | 24 | 12 |
| Forgery/Counter/Copyright | 14 | 12 | 298 | 18 | 17 | 212 |
| Fraud/Theft/Embezzlement | 23 | 12 | 6,620 | 30 | 22 | 4,848 |
| Immigration | 10 | 6 | 23,883 | 11 | 6 | 22,619 |
| Individual Rights | 27 | 12 | 67 | 39 | 23 | 46 |
| Kidnapping | 179 | 138 | 106 | 179 | 138 | 106 |
| Manslaughter | 65 | 40 | 61 | 67 | 41 | 59 |
| Money Laundering | 59 | 35 | 1,297 | 66 | 42 | 1,132 |
| Murder | 291 | 292 | 318 | 291 | 292 | 318 |
| National Defense | 52 | 30 | 204 | 62 | 36 | 171 |
| Obscenity/Other Sex Offenses | 19 | 18 | 384 | 19 | 18 | 370 |
| Prison Offenses | 12 | 11 | 568 | 12 | 12 | 552 |
| Robbery | 106 | 88 | 1,720 | 107 | 90 | 1,701 |
| Sexual Abuse | 191 | 180 | 1,067 | 193 | 180 | 1,053 |
| Stalking/Harassing | 30 | 24 | 213 | 33 | 28 | 193 |
| Tax | 17 | 12 | 577 | 23 | 18 | 390 |
| Other | 3 | 0 | 1,022 | 11 | 1 | 312 |

[1] Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. Descriptions of variables used in this table are provided in Appendix A.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2018 Datafile, USSCFY18.