IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:21CR0173-SAL(1) |
|---|---|---|
| vs. | ) ) ) | **NOTICE OF FILING** |
| HART WILLIAM GROW | ) ) ) | |

    Attached please find character letters and a Pathway transcript with regard to the above-captioned case.

                                                            Respectfully submitted,

                                                            /s/ MICHAEL A. MEETZE
                                                            Assistant Federal Public Defender
                                                           c/o McMillan Federal Building
                                                           401 W. Evans Street, Suite 105
                                                           Florence, South Carolina 29501
                                                           Telephone: (843) 662-1510
                                                           **Attorney ID#: 6662**

Florence, South Carolina

June 22, 2022