06/20/2022

Honorable Judge Sheri Lydon,

I'm Hart W. Grow's mother. I was blessed with him. His many accomplishments during his time here on this earth speak for themselves. Hart is sensitive and very intelligent. He cares for injured, sick and orphaned animals. He enjoys long bike rides and walking trails. He always did what was asked of him. He is a hard worker. He is worthy of forgiveness...

Sincerely,

Nicole M. Grow