Brenda L. Williams
4726 N. 82nd Ave.
Phoenix, AZ. 85033

Ref: Hart Grow

To Whom it May Concern:

I am writing this letter as a character statement on behalf of Hart Grow. My husband and I have known Hart since he was approximately two years of age, when we became next door neighbors to his family. I have found him to be a respectful, well behaved young man. I have never seen or known of him getting into any kind of trouble whatsoever. I have never known him to get into any trouble, even as small as a traffic ticket. I will speak for his character as far as I know it.

There are so many more hardened criminals on the streets, killers, rapists, etc. I do not consider myself a judge, only a good judge of character. And Hart is not the hardened kind of criminal a lengthy incarceration would turn him into. And we have enough hardened criminals to fill this prison. And so, I ask for leniency for Hart. I ask that he receive time served with probation. He has so much more to offer to society if given a chance. Allow him the chance to become an asset to society and not turn him into a harden criminal by placing him in that environment.

Sincerely,
Brenda L. Williams