Julian M. Vargas
11 Jay Drive
Gulfport MS 39505
21 June 2022

Re: HART GROW - Letter of Recommendation & Character

TO WHOM IT MAY CONCERN:

I have known Hart Grow & his family for fourteen (14) years, during that period we gathered at their home in Phoenix AZ & ours in Prescott Valley AZ. Hart is a very well-mannered young & very responsible. I was awed by his intelligence & wit of solving problems. In perspective of his situation, I am hopeful that he be given leniency & him the opportunity to redeem himself.

Respectfully
*[signature]*
Julian M. Vargas