

06/22/2022

Dear Honorable Judge Sherri Lydon,

Hello. I am August William Grow, Hart William Grow's father. I ask; does making a mistake make you a bad person? Roy H. Williams once said: "A smart man makes a mistake, learns from it and never makes that mistake again". Hart William Grow is a smart, intelligant man! He has been on the Honor Roll, Principals List, Deans List, in the International Baccalaureate Program, plus numerous other accomplishments. He has excelled at everything in life he sets out to do. I do not say this just as his father, praying for his sons freedom, but as a productive memeber of society. I know with counceling and understanding he would not ever make this mistake again. Did he lie? Yes. Did he have malicous intent? I know he did not! Hart is the type of person to try to educate and help his fellow man, along with animals.

I believe he simply got caught up in a fantasy life and for a moment in time, got lost.

We all can get lost from time to time, escaping lifes reality. What is right for one person, is not nessecarily right for another. Does it make it wrong? That is up to God.

The Bible says; But Jesus stooped down, and with his finger wrote on the ground, as thought he heard them not. So when they continued asking his, he lifted himself, and said unto them, He that is without sin among you, let him first cast a stone at her. And again he stooped down and wrote on the ground.

Does the punishment outweigh the crime? Yes. I truly believe my son deserves a second chance. Sitting in a cell for decades, or even a few years is way too much. How is he to right his wrong, once again being a productive member of society to help others and live a decednt life if he is locked up? I Thank You for your time.

Sincerely,

*[signature]*